**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 07-1136**

---

DANIEL ROSS,

 Plaintiff - Appellant,

 versus

STATE OF NORTH CAROLINA; NORTH CAROLINA
INDUSTRIAL COMMISSION,

 Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge. (5:06-cv-00218-D)

---

Submitted: August 15, 2007          Decided: September 6, 2007

---

Before NIEMEYER and MOTZ, Circuit Judges, and WILKINS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Daniel Ross, Appellant Pro Se.  Tracy Chappell Curtner, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Ross appeals the district court's order dismissing his civil rights complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Ross v. North Carolina</u>, No. 5:06-cv-00218-D (E.D.N.C. Feb. 1, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>